**DENIED**
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALM SILAGE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EVANSTON INSURANCE COMPANY, et al., <br><br> Defendants, | Case No. 8:20-cv-01525-JVS-KES <br><br> [PROPOSED] EX-PARTE ORDER TO SUBSTITUTE A NAMED DEFENDANT FOR A FICTITIOUSLY NAMED DEFENDANT AND TO REMAND CASE TO STATE COURT |

Before the Court is the Ex-Parte Application for Order to Substitute a Named Defendant for a Fictitiously Named Defendant and to Remand Case to State Court (the "Application"), filed by Plaintiff PALM SILAGE, INC. ("Plaintiff"), on September 2, 2020 (Docket No. ___). After considering the Application and the record, the Court approves the substitution of TOP PREMIUM FINANCE COMPANY, a division of PREMIER AMERICA CREDIT UNION ("Top Premium"), in place of Defendant Doe No. 1, and orders the case REMANDED to the Orange County Superior Court.

**I. Background**

Plaintiff filed this lawsuit in the Superior Court of Orange County, State of California, on May 26, 2020, as Civil Case No. 30-2020-01145850. The complaint names as defendants Evanston Insurance Company ("Evanston") and Does Nos. 1 through 20, inclusive.

On August 14, 2020, Evanston removed this action to the federal court based on diversity jurisdiction. After the removal of the action to the federal court, Plaintiff's counsel communicated with Evanston's counsel and requested a stipulation to add Top Premium as a defendant and to

////

1 remand this action to the Orange County Superior Court.  Evanston's counsel refused to agree to
2 either proposed stipulation.
3  Top Premium is a division of Premium America Credit Union, a California corporation with
4 headquarters in Chatsworth, California.
5  The Court finds that Top Premium is a California corporation and an essential party to this
6 action.
7 **II.  Disposition**
8  The Court grants the Application, orders the substitution of Top Premium in place of
9 Defendant Doe No. 1, and orders the case REMANDED to the Orange County Superior Court.
10  The Clerk shall serve this Order on the parties.
11 ###

**DENIED**
BY ORDER OF THE COURT

Denied without prejudice to a noticed motion.  JVS September 02, 2020